MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
 1301 Clay Street, Suite 340-S
 Oakland, California 94612
 Telephone: (510) 637-3680
 Facsimile:  (510) 637-3724
 E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROYLAND RICE, ) <br> ) <br> ) <br> Defendant. ) | No. CR 12-00818 PJH <br><br> Indictment Filed On November 15, 2012 <br><br><br> (Oakland Venue) |
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROYLAND RICE, ) <br> ) <br> ) <br> ) <br> Defendant. ) | No. CR 01-040123 CW <br><br> Petition for Arrest Warrant for Offender Under Supervision Filed On September 17, 2012 <br><br> **NOTICE OF RELATED CASE IN A CRIMINAL ACTION** <br><br> (Oakland Venue) |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related.  The single-count indictment in Case No. CR 12-00818 PJH filed on November 15, 2012 involves the same defendant as the

NOTICE OF RELATED CASES
U.S. v. ROYLAND RICE

1  Petition for Arrest Warrant for Offender under Supervision ("Petition") in Case No. CR 04-
2  040123 CW pending before the Honorable Claudia Wilken.  Both the Petition and Indictment
3  stem from the defendant's alleged bank robbery on or about September 11, 2012, in Pleasanton,
4  California.  The next appearance on the Petition will be on November 26, 2012 at 2:00 p.m.
5  before the Honorable Claudia Wilken.
6      Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1)
7  because they involve the same defendant and the same or similar events.  Furthermore, the cases
8  are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, they
9  would likely involve substantial duplication of labor by the two judges.
10     Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that
11 assignment of these cases to a single judge is likely to conserve judicial resources and promote an
12 efficient determination of each action.

14 Date: November 16, 2012                      Respectfully Submitted,
15                                               MELINDA HAAG

17                                               ____/s/_____
                                              BRIAN C. LEWIS
18                                               Assistant United States Attorney

NOTICE OF RELATED CASES
U.S. v. ROYLAND RICE                    2