UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date: May 29, 2013** (Time: 11 minutes)     **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-12-818 PJH**

**Case Name:    UNITED STATES   v.  ROYLAND RICE (C)**

**Attorney for Plaintiff:     Brian Lewis**
**Attorney for Defendant:   Royland Rice (pro se); Phil Vaughns (advisory counsel)**

**Deputy Clerk:** Nichole Heuerman     **Court Reporter**: Diane Skillman

PROCEEDINGS

Defendant's Motion to Withdraw Guilty Plea-Held.  The court informs the defendant that Mr. Vaughns will no longer be acting as co-counsel he will only be advisory counsel going forward.  The defendant withdraws his motion to withdraw guilty plea.  The matter is already set for sentencing on June 19, 2013 at 1:30 p.m.

**cc:**     chambers