UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROYLAND RICE,<br>Defendant. | Case No. 12-cr-00818-PJH-1<br><br>**ORDER DENYING MOTION TO AMEND AND REQUEST FOR EXTENSION OF TIME** |

Before the court is the pro se motion of defendant Royland Rice to amend his § 2255 motion pursuant to Federal Rule of Civil Procedure 15, seeking leave to withdraw the claim that the residual clause of U.S.S.G. § 4B1.2 is void for vagueness under the holding of *Johnson v. United States*, 135 S. Ct. 2551 (2015). Doc. no. 146. On March 20, 2017, the court issued a final order denying the § 2255 motion in light of the Supreme Court's ruling in *Beckles v. United States,* 137 S. Ct. 886 (2017). Doc. no. 145. Accordingly, defendant's motion to amend is DENIED as moot.

Defendant has also filed a pro se request for an additional 14 days to request a certificate of appealability ("COA"). Doc. no. 149. In the order denying defendant's § 2255 motion, the court also denied a COA. Doc. no. 145. To the extent that defendant requests an extension of time to seek a COA from this court, the request is DENIED as moot. Furthermore, as defendant acknowledges, his attorney filed a notice of appeal on his behalf on April 3, 2017. To the extent defendant seeks additional time to file a request for a COA from the court of appeals, this court lacks jurisdiction to grant any relief in matters before the court of appeals. The court notes, however, that if no express

request for a COA is made, the notice of appeal is deemed a COA request by the court of appeals pursuant to Federal Rule of Appellate Procedure 22: "If no express request for a certificate [of appealability] is filed, the notice of appeal constitutes a request addressed to the judges of the court of appeals."

**IT IS SO ORDERED.**

Dated: April 19, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge