UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>ROYLAND RICE,<br>    Defendant. | Case No. 12-cr-00818-PJH-1<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>Re: Doc. No. 155 |

On December 15, 2017, the court entered an order dismissing the pro se motion of defendant Royland Rice, filed October 19, 2017, to correct the judgment pursuant to Federal Rule of Civil Procedure 60(b)(6), which the court construed as a second or successive motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255. Doc. no. 152. Defendant has filed a response to the dismissal and asks the court not to construe his pro se motion as a § 2255 motion, but to leave the pro se motion as a Rule 60(b) motion, so that he is not precluded from filing a second or successive § 2255 motion in the future. Doc. no. 155. The court construes defendant's response to the dismissal as a motion for reconsideration of the order dismissing the second or successive § 2255 motion.

Defendant asserts that the court dismissed his second or successive § 2255 motion without providing him notice that his pro se motion would be construed as a § 2255 motion pursuant to *Castro v. United States,* 540 U.S. 375 (2003). Under *Castro,* the court may not recharacterize a pro se litigant's motion as the litigant's first § 2255 motion unless the court informs the litigant of its intent to do so and the consequences of

recharacterizing the motion to vacate. *See United States v. Seesing,* 234 F.3d 456, 464 (9th Cir. 2001). However, as the court indicated in the order dismissing the motion to correct the judgment as a second or successive § 2255 motion, defendant's purported Rule 60(b)(6) motion to correct the judgment was not the first § 2255 motion that he filed. More than a year before filing the pro se Rule 60(b)(6) motion to correct the judgment, defendant filed a represented § 2255 motion on May 17, 2016, asserting a claim that the residual clause of U.S.S.G. § 4B1.2 is void for vagueness under the holding of *Johnson v. United States*, 135 S. Ct. 2551 (2015). By order entered March 20, 2017, the court denied defendant's § 2255 motion in light of the Supreme Court's ruling in *Beckles v. United States*, 137 S. Ct. 886 (2017).

Because defendant's first-filed § 2255 motion was denied on the merits, the provisions of 28 U.S.C. § 2244(b) and § 2255 bar any second or successive § 2255 motions, including a Rule 60(b) motion containing a claim that must be treated as a § 2255 motion, absent certification by an appellate court. *United States v. Buenrostro*, 638 F.3d 720, 722-26 (9th Cir. 2011). Accordingly, defendant's second-in-time Rule 60(b)(6) motion to correct the judgment did not trigger the bar on second or successive § 2255 motions, and the court was not required to provide notice and opportunity to withdraw the pro se motion under *Castro* before construing the pro se motion as an unauthorized second or successive § 2255 motion.

For the foregoing reasons, the court DENIES defendant's motion for reconsideration of the December 17, 2017, order dismissing the second or successive § 2255 motion to vacate, set aside or correct the sentence.

**IT IS SO ORDERED.**

Dated: March 9, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>    Plaintiff,<br> v.<br>RICE,<br>    Defendant. | Case No. 12-cr-00818-PJH-1<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 9, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Royland Rice**
75255-011
United States Penitentiary (USP)
P.O. Box 2099
Pollock, LA 71467

Dated: March 9, 2018

            Susan Y. Soong
            Clerk, United States District Court

            By:_____*Kelly Collins*_____
            Kelly Collins, Deputy Clerk to the
            Honorable PHYLLIS J. HAMILTON