UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

ROYLAND RICE,

          Defendant.

Case No. 12-cr-00818-PJH-1

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

      This matter is before the court for the limited purpose of granting or denying a certificate of appealability ("COA") in the appeal from the order entered August 23, 2019, denying defendant's motion to hold a second or successive § 2255 motion in abeyance and dismissing the motion for consideration of Amendment 798 and for correction of a sentence pursuant to § 3582 as a second or successive § 2255 motion. Doc. no. 174 (clerk's notice in Ninth Circuit Docket No. 19-16820).

      To obtain a COA, a petitioner must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Pursuant to Rule 11(a) Governing Section 2255 Proceedings, the court declines to issue a certificate of appealability because reasonable jurists would not find the dismissal of defendant's motion for correction of the sentence, without authorization to file a second or successive § 2255 motion, to be debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000).

//

//

Accordingly, the clerk shall forward a copy of this order to the Court of Appeals. *See* Fed. R. App. P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

**IT IS SO ORDERED.**

Dated:  September 18, 2019

 /s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge