DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LEAH PAISNER (NJBN 175362015)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    E-Mail: Leah.Paisner@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 12-00818 PJH |
| ) | |
| Plaintiff, ) | EX PARTE MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |
| ) | |
| v. ) | |
| ) | |
| ROYLAND RICE, ) | |
| ) | |
| Defendant. ) | |

1  The United States of America, by and through Special Assistant United States Attorney Leah
2  Paisner, hereby moves for an extension to May 22, 2020 for the Government's deadline to respond to
3  petitioner Royland Rice's pending motion for compassionate release.  This Court previously ordered the
4  government to respond to the petitioner's motion by May 18, 2020.
5  The government hereby respectfully requests an extension to May 22, 2020 date, to receive
6  Bureau of Prison records for this petitioner and address petitioner's specific concerns raised in his brief.
7  In short, the government requests this extension to file its responsive pleading in good faith and
8  respectfully asks the Court to grant its motion.

10  DATED:  May 18, 2020    DAVID L. ANDERSON
                            United States Attorney

12                          _____/s/_____
                            LEAH PAISNER
13                          Special Assistant United States Attorney

EX PARTE MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE
CR 12-00818 PJH                          2

1 DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 LEAH PAISNER (NJBN 175362015)
Special Assistant United States Attorney

5

6    1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680

7    FAX: (510) 637-3724
   E-Mail: Leah.Paisner@usdoj.gov

8

Attorneys for United States of America

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

OAKLAND DIVISION

12

13 | UNITED STATES OF AMERICA, ) CASE NO. CR 12-00818 PJH
                                         )

14      Plaintiff, ) [~~PROPOSED~~] ORDER TO EXTEND DEADLINE
                                         ) TO RESPOND TO DEFENDANT'S MOTION FOR

15   v. ) COMPASSIONATE RELEASE
                                         )

16 ROYLAND RICE, )
                                         )

17      Defendant. )
                                         )

18

19      Based upon the foregoing, and for good cause shown, the Court hereby grants the government's

20 motion and orders that the government's response (e.g., an answer or motion to dismiss on procedural

21 grounds) to the petitioner's motion for compassionate release is due by May 22, 2020.

22 IT IS SO ORDERED.

23

                                                             /s/ Phyllis J. Hamilton

24 DATED: May 18, 2020                                                        
                                                             THE HONORABLE PHYLLIS J. HAMILTON

25                                                              Chief United States District Judge

26

27

28