UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>ROYLAND RICE,<br>　　　　Defendant. | Case No. 12-cr-00818-PJH<br><br>**ORDER RE LETTER RECEIVED BY COURT** |

　　　　The court is in receipt of a letter sent by a family friend of the defendant in this case. Dkt. 195. The letter purports to be a motion for compassionate release, filed pro se by the family friend on behalf of defendant.

　　　　The court cannot consider this letter as a "motion" for multiple reasons. First, "[w]hile a non-attorney may appear pro se on his own behalf, he has no authority to appear as an attorney for others than himself." Johns v. County of San Diego, 114 F.3d 874, 876 (9th Cir. 1997); see also United States v. Kelly, 539 F.2d 1199 (9th Cir. 1976) (holding that the right to self-representation in criminal cases does not include the right to choose a non-lawyer as counsel).

　　　　Second, defendant has already filed a motion for compassionate release, which was denied and is currently on appeal. See Dkt. 187, 189. Defendant was appointed CJA counsel in connection with that motion for compassionate release. See Dkt. 178. The appeal has been fully briefed, and is awaiting a decision from the Ninth Circuit. See Case No. 20-10207, Dkt. 16 (reply brief filed before Ninth Circuit on October 27, 2020). When an appeal is filed, "the district court loses its power to proceed from the time the

defendant files its notice of appeal until the appeal is resolved." U.S. v. Claiborne, 727 F.2d 842, 850 (9th Cir. 1984).

Accordingly, the "motion" is terminated.

**IT IS SO ORDERED.**

Dated:  March 11, 2021

                                                      /s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge