UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>ROYLAND RICE,<br><br>    Defendant. | Case No. 12-cr-00818-PJH-1<br><br>**ORDER DISMISSING MOTION FOR COMPASSIONATE RELEASE WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 177, 187 |

Defendant in the above-captioned case filed a motion for compassionate release. Dkt. 177.  In ruling upon that motion, the court first ruled as a threshold matter that defendant had met the exhaustion requirement of 18 U.S.C. § 3582(c).  Dkt. 187 at 3. The court then considered and denied the motion on the merits.

On appeal, the Ninth Circuit concluded that defendant had not met the exhaustion requirement, and thus vacated this court's order.  Dkt. 199 at 2.  The Ninth Circuit remanded the case with instructions that this court dismiss defendant's motion without prejudice to him filing another motion after exhaustion.  Id.  Accordingly, the court dismisses defendant's motion for compassionate release without prejudice.

**IT IS SO ORDERED.**

Dated: June 17, 2021

　　　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　United States District Judge