UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>ROYLAND RICE,<br>　　　　Defendant. | Case No. 12-cr-00818-PJH-1<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. Nos. 209, 210 |

　　　　On September 15, 2021, defendant in the above-captioned case filed a pro se motion for compassionate release.  See Dkt. 207.  Pursuant to this court's Miscellaneous Order 2019.01.25, defendant's motion was referred to the Federal Public Defender's office to determine defendant's eligibility for reduction of sentence and to present any motions for compassionate release.

　　　　On September 28, the court appointed counsel for defendant for the purpose of assessing eligibility and filing a compassionate release motion.  See Dkt. 208.

　　　　On November 28, defendant filed a pro se "motion to dismiss counsel in relation to compassionate release motion."  See Dkt. 209.  The next day, defendant's appointed counsel filed a motion to withdraw as counsel.  See Dkt. 210.

　　　　In defendant's motion, he argues that his attorney has a "conflict of interest" and requests that she be relieved as his counsel.  Dkt. 209 at 3.  Counsel's motion states that she "disputes the representations made by Mr. Rice in his papers," and argues that "an irreconcilable conflict exists between counsel and defendant."  Dkt. 210 at 1, 2.

　　　　Because both defendant and his attorney appear to agree that the attorney-client

relationship has broken down, the court GRANTS both motions, permitting counsel to withdraw her representation of Mr. Rice.

Before proceeding with defendant's pro se motion for compassionate release, the court will first re-refer defendant's motion to the Federal Public Defender's office to decide whether to assume representation. And pursuant to Miscellaneous Order 2019.01.25, the FPD shall have 21 days to file a status report, motion, or stipulation. If no such response is filed and counsel is not appointed, the court will direct the government to respond to defendant's pro se compassionate release motion as filed.

**IT IS SO ORDERED.**

Dated: December 3, 2021

                                                /s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge