UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROYLAND RICE,<br><br>    Defendant. | Case No. 12-cr-00818-PJH-1<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR COMPASSIONATE RELEASE**<br><br>Re: Dkt. No. 230 |

    The defendant in the above-captioned case has filed a pro se motion for compassionate release. See Dkt. 230. This is his third such motion. See Dkt. 177, 207, 215. There is no Sixth Amendment right to counsel with respect to a motion under 18 U.S.C. § 3582(c). United States v. Townsend, 98 F.3d 510, 512-513 (9th Cir. 1996). Nor is there a statutory right to counsel in connection with a motion brought under 18 U.S.C. § 3582(c). "A person for whom counsel is appointed shall be represented at every stage of the proceedings from his initial appearance ... through appeal, including ancillary matters appropriate to the proceedings." 18 U.S.C. 3006A(c). A motion brought under 18 U.S.C. § 3582(c) does not constitute an "ancillary matter[ ]" requiring counsel to be appointed. See, e.g., United States v. Whitebird, 55 F.3d 1007 (5th Cir. 1995).

    Because defendant is not entitled to appointed counsel for purposes of filing a motion brought under 18 U.S.C. § 3582(c), defendant's motion will proceed pro se.

    The government has filed a motion to set a briefing schedule for defendant's motion. See Dkt. 231. That motion is GRANTED, and the court sets briefing deadlines on defendant's motion for reduction of sentence as follows: the government shall file an

opposition, stipulation, or status report by April 14, 2023.  The Probation Office shall submit a response to defendant's motion by April 14, 2023.  If the motion is opposed, defendant may file a reply brief by May 30, 2023. The motion will thereafter be submitted on the papers.

**IT IS SO ORDERED.**

Dated:  March 16, 2023

                                                     /s/ *Phyllis J. Hamilton*
                                             PHYLLIS J. HAMILTON
                                             United States District Judge