UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>ROYLAND RICE,<br>　　　　Defendant. | Case No. 12-cr-00818-PJH-1<br><br>**ORDER RE MOTION FOR HOME CONFINEMENT**<br><br>Re: Dkt. No. 241, 244 |
|---|---|

　　　Before the court is the pro se motion of defendant Royland Rice for home confinement and/or release.  See Dkt. 241.  The government previously filed a motion to set a briefing schedule on defendant's motion, which the court granted, setting the opposition deadline on June 28, 2024 and the reply deadline on July 31.  See Dkt. 244.

　　　The government filed its opposition brief on June 28.  See Dkt. 245.  As of the date of this order, no reply has been filed by defendant.  However, when the government filed its opposition brief, it did not include a proof of service indicating that defendant, who is proceeding pro se, was served by mail with a copy of the opposition brief.  If defendant was not served with the opposition brief, then he has not had a true opportunity to respond to the government's arguments.

　　　Accordingly, the government is directed to file a proof of service indicating that defendant was served with a copy of the opposition brief on June 28, 2024, or, if defendant was not timely served, then the government must effect service by **August 22, 2024**, and defendant will then have until **September 9, 2024** to file a reply.

　　　**IT IS SO ORDERED.**

Dated:  August 21, 2024

　　　　　　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge