UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 12-cr-00818-PJH-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE REQUEST FOR COMPASSIONATE RELEASE** |
| ROYLAND RICE, | Re: Dkt. No. 248 |
| Defendant. | |

Before the court is the pro se request of defendant Royland Rice for compassionate release. See Dkt. 248. Defendant's motion is premised on his stated need to care for a sick family member. See id.

The court hereby directs the government to file a response to defendant's request, no later than **May 2, 2025**. The government must also serve defendant with a copy of the response, and file a proof of service on the court's docket. Defendant will then have until **May 16, 2025** to file a reply.

Finally, in light of defendant's current request, the court also finds that defendant's previous request (Dkt. 241) can be terminated as moot, given that no response was filed after the court issued an order calling for one.

**IT IS SO ORDERED.**

Dated: April 18, 2025

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge