UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROYLAND RICE,

Defendant.

Case No. 12-cr-00818-PJH-1

**ORDER RE REQUEST FOR REIMBURSEMENT**

Re: Dkt. No. 257

Pro se defendant Royland Rice has filed a request seeking a "stop and desist" order and an order for the reimbursement of all funds withheld as restitution.  As explained in defendant's motion, defendant was convicted of unarmed bank robbery in 2003 and ordered to pay $13,812.00 in restitution, and was again convicted of bank robbery in 2013 and ordered to pay an additional $1,782.90 in restitution.  See Dkt. 257 at 2

Defendant ultimately requests that the court enter an order directing the U.S. Attorney's Office to stop its $189.00 monthly withholding from defendant's Social Security payments, and for the U.S. Attorney's Office and the Bureau of Prisons to return all funds that have been collected.

Before ruling on defendant's request, the court will allow the government to file a response.  Accordingly, the government shall have until **April 8, 2026** to file a response to defendant's request.

**IT IS SO ORDERED.**

Dated:  March 25, 2026

_____/s/ *Phyllis J. Hamilton*_____
PHYLLIS J. HAMILTON
United States District Judge